9 F.3d 242
 PAINEWEBBER REAL ESTATE SECURITIES, INC., Plaintiff-Appellant,
v.
D.G. MEYER & CO. and Donald G. Meyer, Defendants-Appellees.
 No. 501, Docket 93-7452.
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 28, 1993.
Decided Nov. 9, 1993.
 
 George W. Clark, Huntington, NY (Joseph D'Elia, of counsel), for plaintiff-appellant.
 George O. Guldi, Westhampton Beach, NY (Thomas T. McVann, of counsel), for defendants-appellees.
 Before LUMBARD, VAN GRAAFEILAND and WINTER, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm for substantially the reasons stated by Judge Wood in the district court. See PaineWebber Real Estate Securities, Inc. v. D.G. Meyer & Co., 835 F.Supp. 116 (1993).